UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 2:06-CR-20023

AHMAD DOST                                                  DEFENDANT

ORDER

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, it is on this 18th day of April 2008, ORDERED that the Clerk of the Court of the Western District of Arkansas, Fort Smith Division, issue subpoenas directed to the following:

    James Wolfson, M.D., **and** Christina Pietz, Ph.D., ABPP
    Federal Bureau of Prisons
    United States Medical Center for Federal Prisoners
    1900 West Sunshine
    Springfield, Missouri 65807

requiring their presence before this court via videoconference, on Tuesday, April 29, 2008, at 1:30 P.M. to testify in the above entitled proceeding.

IT IS FURTHER ORDERED, that the subpoena issued by the Clerk of the Western District of Arkansas, Fort Smith Division, is to be served by the U.S. Marshal's Service.  The expense is to be borne by the U.S. Government.

                      /s/ Robert T. Dawson
                      Honorable Robert T. Dawson
                      United States District Judge

**AO72A**
**(Rev. 8/82)**