```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                         FORT SMITH DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

        v.             CASE NO. 2:06-CR-20023

AHMAD DOST                                            DEFENDANT
```

## ORDER

On May 12, 2008, the Court remanded Defendant to the custody of the Attorney General for an additional period of mental health evaluation and treatment in accordance with 18 U.S.C. § 4243(e). In a Risk Assessment Panel Report dated April 14, 2011, the Panel advised the Court "it continues to be the opinion of the Risk Assessment Panel that Mr. Dost's conditional release under a prescribed regiment of psychiatric care and treatment would not create a substantial risk of bodily injury to another person or serious damage to the property of others." Counsel for the Government and Defendant advised the Court they believe a conditional release is warranted, and a hearing is not required.

Pursuant to 18 U.S.C. §4243(f), the Court finds that Defendant has recovered from his mental disease or defect to such an extent that his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another. It is ordered that Defendant be conditionally

discharged under the prescribed regimen outlined in this Order of medical, psychiatric, or psychological care or treatment prepared for him. This regimen is certified as appropriate by J. Grondolsky, Warden at FMC Devens, and this Court finds it appropriate. It is further ordered, as an explicit condition of release, that Defendant comply with the prescribed regimen. Should Defendant fail to comply with the prescribed regimen, his conditional discharge is subject to revocation pursuant to 18 U.S.C. § 4243(g), and Defendant may be arrested and remanded to the custody of the Attorney General.

Defendant shall be released under the following conditions:

1. Defendant will reside at Chippers Chalet, 835 25th Street, San Diego, California 92102, 619-234-5465, until discharged by the program director with the approval of the United States Probation Officer. Any changes in residence must be approved through his United States Probation Officer.

2. Defendant shall participate in mental health services at University of California, San Diego Campus, 619-543-6250, and comply with treatment recommendations made by his probation officer and/or the mental health professionals.

3. Defendant will be monitored by mental health professionals and his probation officer for evidence of psychiatric difficulties and will continue to take medication, which may include injectable medications, as ordered and which may be adjusted by his clinicians.

4.  Defendant will consent to have Social Security appoint a Representative Payee for his Social Security payments.  If any changes in Representative Payee status are required, his United States Probation Office should be notified.

5.  Defendant will voluntarily agree to abide by any treatment plans created by his treatment team.

6.  Upon the recommendation of the medical provider or probation officer, Defendant will voluntarily admit himself into a hospital for treatment.  If he refuses and his continued release would create a substantial risk of bodily injury to himself, another person, or serious damage to the property of another, he should be remanded to a suitable facility pursuant to 18 U.S.C. § 4243(f).

7.  Defendant will be supervised by the United States Probation Office, in San Diego, California.  Currently Defendant's case is assigned to Mr. Carlos Hernandez, 619-446-3541.  This includes his voluntary consent to waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising United States Probation Officer, who will assist in evaluating his ongoing appropriateness for community placement.

8.  Pursuant to Title 18, United States Code, Section 4247(e), annual reports shall be filed by the director of the facility in which he is committed with the Court, with

copies to the Assistant United States Attorney, Defendant's Federal Public Defender, and the Warden of the Federal Medical Center Devens, Ayer, Massachusetts.

9.   Defendant will remain under the supervision of the United States Probation Office until he is discharged from all mental health treatment and/or his federal civil commitment. The primary treatment provider may be changed with the approval of the United States Probation Office.

10.  Defendant may not have in his possession at any time any actual or imitation firearm, destructive device or other deadly weapon. He shall submit to a search without a warrant at the request of a probation officer or any law enforcement officer of his person or property, including vehicle or premises for the purpose of determining compliance with this condition. Revocation of conditional release is mandatory for possession of a firearm.

11.  Defendant will abstain from the use of alcohol, illegal narcotic substances or drugs. He shall not frequent places where alcohol or illegal drugs are known to be the primary place of possession, manufacture or distribution. If determined necessary by the probation office, he will participate in substance abuse treatment and be required to participate in random drug and Breathalyzer testing.

12.  The United States Marshals Service shall be notified to return Defendant to the custody of the Attorney General if

it is determined that he has violated any conditions which are established for him.

13. As directed by the probation officer, Defendant shall notify third parties of risks that may be occasioned by his criminal record or personal history or characteristics, and permit the probation officer to make notifications and to confirm his compliance with such notification requirement.

14. Defendant shall be restricted from leaving the judicial district without prior approval from the court or the U.S. Probation Officer.  He shall not incur new credit charges or open additional lines of credit without the approval of the probation office.  He shall provide the probation officer with access to any requested financial information.

15. Defendant shall not commit another federal, state or local crime, and that he immediately notify his probation officer if he is arrested or questioned by any law enforcement officer.  He shall not associate with any persons engaged in criminal activity or associate with any persons engaged in criminal activity or associate with any person convicted of a felony unless granted permission by his probation officer.

16. Defendant shall complete and provide the probation officer with a written monthly supervision report within the first five days of each month.

17. Defendant shall comply with the other standard conditions

of release as proposed by the United States Probation Office.

IT IS ORDERED that Defendant be conditionally released under these conditions.  If Defendant remains in good standing with these conditions, the Court will revisit Defendant's Civil Commitment five years from the date of his release and consider discharging Defendant from his Civil Commitment, thereby releasing him from the aforementioned conditions.  The U.S. District Clerk is directed to provide a copy of this order to the United States Marshal and J. Grondolsky, Warden at FMC Devens.

IT IS SO ORDERED this 18th day of August 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge